RECEIVED
FEB 27 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

FILED
FEB 27 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Minister: Leroy DeWitt Hunter
(Name of Plaintiff)

V53992/1981991/ Lerdo Pretrial 17695 Industrial Farm
(Address of Plaintiff)
Rd Bakersfield, CA 93308

Kern Medical Center & Kern County Board of Supervisors
FROM 4-25-2012 to 3-20-2014 & All John Doe Supervisors of Kern
County ET AL. Which Includes Leticia Perez, Mike Maggard, David Couch,
Mick Gleason, Zack Scrivner ET AL., Sheriff Donny Youngblood, Facility Manager,
L.T. I. Silva, Commander - Ed Komin, MD Swiby, RN B. Whit Nurse, RN E. Aguilera,
Dentist M.G., Sergent Luevanos
(Names of Defendants)

Case Number: 1:14 CV - 00265 - GSA PC

COMPLAINT Civil Rights Act 42 USC) 1983
1985, 1986, 1981)
18 USC 241
18 USC 242

I. Previous Lawsuits:

  A. Have you brought any other lawsuits while a prisoner: ☒ Yes ☐ No

  B. If your answer to A is yes, how many?: 1  Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

    1. Parties to this previous lawsuit:

       Plaintiff U.S. Department of Social Security

       Defendants District Manager C. Thompson, Supervisor Julie Perk, INS.
       Worker Elena

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983          Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)

Eastern District Fresno CA.

3. Docket Number NA

4. Name of judge to whom case was assigned Pending

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) NA

6. Approximate date of filing lawsuit Feb 3, 2014

7. Approximate date of disposition NA

## II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution? ☒ Yes ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?
☒ Yes ☐ No

If your answer is no, explain why not _____

C. Is the grievance process completed? ☒ Yes ☐ No

## III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

Kern County Medical Center Flower St Bakersfield, CA

A. Defendant Kern County Board of Supervisors Leticia Perez is employed as Supervisor Kern County 1115 Truxtun Avenue at Bakersfield, CA 93301

B. Additional defendants Mike Maggard Kern County Board of Supervisor 1115 Truxtun Ave, Bakersfield, CA 93301. David Couch, Supervisor Kern County 1115 Truxtun Ave Bakersfield, CA 93301, Mick Gleason Kern Supervisor 1115 Truxtun Ave., Bakersfield, CA 93301, Zack Scrivner Supervisor 1115 Truxtun Ave, Bakersfield CA 93301 All John Doe Supervisors From 4-25-2012 to 3-20-2014 ET. AL. Sheriff & Custodian Donny Youngblood 1350 Noris Rd Bakersfield, CA 93308, Facility Manager LT. T. Silva. Lerdo 17695 Industrial Farm Rd Bakersfield CA 93308 ED Kumin Commandant Lerdo 17695 Industrial Farm Rd Bakersfield, CA 93308 Sergeant Lueranos Lerdo 17695 Industrial Farm Rd Bakersfield, CA 93308 MD Swan & RN B. Whitmore, RN E. Aguilera & Dentist M.C. All Work At Lerdo 17695 Industrial Farm Rd Bakersfield, CA 93308

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1) Kern Medical Center is the supervisors over the medical treatments that are given
2) or Not Approved that MD Sway, RN-B. Whitmore, RN E. Aguilera work for this is a
3) County Hospital, they were Notified of my Medical Needs on 4-25-2012 & also by
4) Mercy Hospital which was the hospital that did the Emergency Care on 4-24-2012 After
5) the Auto Accident See Exhibits of Auto Accident & Health Care of 12 pages. And they
6) were Notified through U.S. Mail that I need Hep C Treatments and Refused to Respond
7) For over 23 Months, each and every one of the listed Medical help in lines up above 1,2,3,4,5,6.
8) have been notified of my existing Hep C, Liver Cancer Need and Refused and Refused to Comply
9) with the American with dsabilities, Frms 1824 which Allow For Patients and Medical Care
10) under Arm Strong ADA title II, Title I, And the Reasonable Modifications -or-Accommodations
11) Request Dated Feb 5-2014 was Refused to look or answere, this was the Second Request.
12) My First (ADA) Request Dated 4-16-2013 was Also Refused By
13) This Kern Medical Center And All Medical Staff At Lerdo 17695 Industrial Farm Rd Bakersfield, Ca 93308.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

To this Honorable Court & magistrate & Judge I do not have the price of a Human life. I only can put it like this $500,000 For Hep C. Refusal $500,000 For Refusal of Medical Specialist, $500,000 For Not Preventing This Action, $500,000 Discrimination, $500,000 For Criminal Acts Knowingly Willingly.
I Pray For Relief.

Signed this 20th day of Feb, 2014.

_Minister Leroy Dewitt Hunter_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

Feb 20-2014
(Date)

_Minister Leroy Dewitt Hunter_
(Signature of Plaintiff)

3-HA

Continued From 3-1A - Statement of Claim,

14) this is very Cruel, I Have A Medical Condition that the Hep C program
15) Can Cure and give me A longer life Span, Instead of A Shorten one
16) and Death, these Same Medical Center & Medical Staff MD Swoy & RN's
17) B. Whitmore RN E. Aguilera, Refused & denied My Rights, Privileges
18) & Immunities of health Care, therapy of Medical Rehabilitation For
19) my Car Accident on 4-29-2012, My Medical Specialist For my
20) Chronic Diabetes, Seizures, Heart Failure, this deliberate Indifference
21) and Medical discriminations, Why are they trying to Kill me off.
22) the Dentist M.C. Refused & Denied My Dental treatment of
23) Extraction of A BACK Right hand Molar that had a hole All the
24) way to the Nerve, It hurt When I drank water, open my
25) Mouth, eat, Sleep, brush my teeth, It hurt so bad My Neck
26) & eye's was hurting Also 750 Days or more of Unnecessary
27) Pain, I had to have An outside Dentist From the California Street
28) Park for homeless & Proverty Dental Care Clinic, the Dentist
29) that Pulled the Extraction, said this tooth Should have Never been
30) Filled, and Should have Been Extracted At least A year Ago,
31) And that the Sheriff's Dentist Should be Reported for this
32) & to the Dental Board, Please I need this Courts help,
33) Can you Please order these People to Save my life
34) and give me the Hepatitis C treatments program. this is very
35) Cruel, this Eldely Abuse, Premeditatedly Maliciously & Sadistically
36) & Wantonly to Cause A Significant Atypical hardship
37) & Injury to My health, Safety & Welfare, the Kern County
38) Board of Supervisors Was Alerted, Called by Phone By my
39) family, church friends, and my Self to Stop this type of
40) Medical Abuse & mistreatment, and deprivations of

3-2-A

Statement of Claim Continued From 3-2-A

43) Medical Care within there Jurisdiction and within Kern County
44) Board of Supervisors Leticia Perez, Mike Maggard, David Couch
45) Mick Gleason, Zack Scrivner, & the John Doe Supervisors
46) Et Al. was Notified By mail in July 10 of 2012 Again
47) By mail Dec 23-2012 Again July 10-2013 Again
48) August 10-2013 Again Jan 10-2014 I have had
49) My Sister in Los Angeles Call twice to let them know the pain
50) & Suffering and Abuse I'm living in-in there Sheriff's
51) Facility under the Sheriff Donny Youngblood has also been
52) Notified By mail and Request for Interview Slips
53) that Inmates fill out and hand to the Sheriff's Staff. I
54) Also have talked to the Facility Manager, I Silva About these
55) Many Medical and Security Problems he Says he will
56) See See what, it has been Almost 2 years since
57) I talked with ED Komin the Commander & I Silva
58) At my Cell door they have done Nothing AT ALL to Stop
59) this Abuse and pain. I Pleaded my Case to
60) the Kern County Sheriff's Administrative
61) Sergeant Luevanos he Said I already talked
62) to enough of his Staff, he was Not getting
63) involved.. thats No Kind of An Answere when you
64) could Prevent Some of this from happening.
65) This is A Cruel Conspiracy to Maliciously Sadistically
66) to Cause Death to another person without the Adequate
67) Medical treatments & Specialist that is Medically
68) Calls for. I Pray for your help.
69)
70)    3-3-A

I do Declare and Affirm under God Almighty Jesus the Christ, and the Holy Spirit, and

As they witness before you and I, I also

Certify Declare, and Affirm that under all

Judicial Authorities from Congress through the U.S. Supreme Court and its Sister Courts in lower Authority, and Appellate Circuit and

District Courts within these Jurisdictions under these United States of America's,

that herein is truth best known to My Knowledge and under the penalty of perjury I do Say the same herein

is the truth to My best known Knowledge herein and Correct thereof in all these pages in Completion of these Complaints herein.

Sincerely,

Executed Feb 20-2014

Minister Leroy Derrith Hute

1. Your Name: Minister Leroy Dewitt Hunter 198199/V55992
2. Address: Lerdo Pretrial 17695 Industrial Farm Rd
3. City, State, Zip Code: Bakersfield, CA 93308
4. Telephone Number
5.
6. IN THE UNITED STATES DISTRICT COURT
7. EASTERN DISTRICT OF CALIFORNIA
8. Your Name, Minister Leroy Dewitt Hunter
9. Plaintiff,
10. vs. Kern Medical Center No.
11. Kern County Board of Supervisors 2014. All John Doe
    From 4-25-2020 to 3-20-2014.
    Defendant(s), Sheriff Donny Youngblood
12. LT ISilva, ED Kirmin, Sgt Buevands
    Defendant(s). PROOF OF SERVICE
    MD Sway, RN B. Whittime, RN E Aguilman
13. Dentist M.G.

14. I, the undersigned, hereby certify that I am over the age of eighteen years and
15. on Feb 20_____, 20 14, I served a copy of
16. USCS 1983, 1985, 1986, 1981, 18 USC § 241, 242
17. by placing a copy in a postage paid envelope addressed to the person hereinafter listed
18. by depositing said envelope in the United States Mail: NONE
19.
20. (List All Defendants and Addresses Served) NONE
21.
22. I declare under penalty of perjury that the foregoing is true and correct.
23.
24. _____
25. (Signed)
26.