1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9                EASTERN DISTRICT OF CALIFORNIA

10

11   LEROY DEWITT HUNTER,                    1:14-cv-00265-GSA-PC

12              Plaintiff,                   ORDER REVOKING PLAINTIFF'S IN
                                             FORMA PAUPERIS STATUS UNDER 28
13        v.                                 U.S.C. § 1915(g)

14   KERN MEDICAL CENTER, et al.,            ORDER VACATING ORDER OF MARCH 4,
                                             2014
15              Defendants.                  (Doc. 4.)

16                                           ORDER DISMISSING ACTION, WITHOUT
                                             PREJUDICE, PURSUANT TO 28 U.S.C. §
17                                           1915(g), AND DIRECTING CLERK OF
                                             COURT TO ENTER JUDGMENT

18
                                             ORDER FOR CLERK OF COURT TO
19                                           SERVE THIS ORDER ON CDCR AND
                                             COURT'S FINANCIAL DEPARTMENT

20
     _____/
21

22        Plaintiff Leroy Dewitt Hunter is a state prisoner presently incarcerated at the Lerdo Pre-

23   Trial Facility in Bakersfield, California, proceeding pro se and in forma pauperis in this civil rights

24   action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on

25   February 27, 2014.  (Doc. 1.)  On February 27, 2014, Plaintiff filed an application to proceed in

26   forma pauperis pursuant to 28 U.S.C. § 1915.  (Doc. 2.)  On March 4, 2014, the Court granted

27   Plaintiff leave to proceed in forma pauperis.  (Doc. 4.)

28   ///

                                           1

On March 7, 2014, Plaintiff consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c), and no other parties have made an appearance.   (Doc. 5.) Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required.  Local Rule Appendix A(k)(3).

Plaintiff is subject to 28 U.S.C. 1915(g), which provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."[1]   The Court has reviewed Plaintiff's Complaint, and his allegations do not satisfy the imminent danger exception to section 1915(g).  Andrews v. Cervantes, 493 F.3d 1047, 1055-56 (9th Cir. 2007).  Therefore, Plaintiff must pay the $400.00 filing fee if he wishes to litigate these claims.[2]

Accordingly, the Court HEREBY ORDERS as follows:

1.      Pursuant to 28 U.S.C. § 1915(g), Plaintiff's in forma pauperis status is REVOKED;

2.      The Court's order entered on March 4, 2014, which granted Plaintiff leave to proceed in forma pauperis and directed the CDCR to make payments for the filing fee from Plaintiff's prison trust account, is VACATED;

3.      This action is DISMISSED, without prejudice to re-filing accompanied by the $400.00 filing fee;

---

[1] The Court takes judicial notice of the following United States District Court cases: Hunter v. Attorney Gen. State of California, et al., 2:10-cv-00329-EFB (PC) (E.D. Cal.) (dismissed 07/21/2010 as frivolous); Hunter v. Harrington, et al., 1:11-cv-00237-GBC (PC) (E.D. Cal.) (dismissed 09/02/2011 for failure to state a claim); Hunter v. Director of Corr., et al., 1:09-cv-02203-MJS (PC) (E.D. Cal.) (dismissed 10/25/2011 for failure to state a claim; and Hunter v. Director of Corr., et al., 1:10-cv-00099-GSA (PC) (E.D. Cal.) (dismissed 10/31/2011 for failure to state a claim).  These strikes were final prior to the date Plaintiff filed this action.  Silva v. Di Vittorio, 658 F.3d 1090, 1098-1100 (9th Cir. 2011).

[2] To date, the Court has not received any payment for Plaintiff's filing fee in this case.  (Court Financial Records.)  The filing fee for this action is $350.00 plus a $50.00 administrative fee.  28 U.S.C. § 1914.  The $50.00 administrative fee does not apply to persons granted in forma pauperis status.  Id.  Therefore, Plaintiff now owes a $400.00 filing fee.

4     The Clerk of the Court shall enter judgment; and

5.     The Clerk of the Court shall serve this order on:

     (1)     The Director of the CDCR, via the court's electronic case filing system (CM/ECF), and

     (2)     The Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

Dated:   __**March 17, 2014**__                  _____**/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE